In the Matter of FRANK LOMBARDI v. EDWARD F. CAVANAGH, JR., as Fire Commissioner of the City of New York. (And Four Other Appeals.)

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

HENIA FISHBERG v. BENJAMIN FISHBERG.—

The appellant is permitted to dispense with the printing of the exhibits on condition that the originals thereof are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument.

In the Matter of the Arbitration between VENEZUELAN ATLANTIC REFINING COMPANY and PANCOASTAL PETROLEUM COMPANY.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

RICHARD VOGEL et al. v. HOWARD E. SCHENCK et al.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

ANTHONY ESPOSITO v. ELIZABETH BRIEN.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CARRAWAY.— Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.